# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-01591-JGB (DFM) | Date: | November 7, 2019 |
|---|---|---|---|
| Title | Adrian Demon Johnwell v. Christian Pfeiffer | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On July 13, 2019, Adrian Demon Johnwell ("Petitioner") initiated this action by filing in the Ninth Circuit Court of Appeals a Petition for Writ of Habeas Corpus by a Person in State Custody. See Dkt. 1 ("Petition"). The Ninth Circuit deemed the Petition filed in this Court on that date. See Dkt. 2.

This Court then ordered Petitioner to show cause why his claim was not time-barred under AEDPA. See Dkt. 5. Petitioner has filed a response in which he claims actual innocence based on DNA fingerprinting which recently became available to him. See Dkt. 6 at 1 ("I just recently discovered that DNA fingerprinting will exonerate me."). Petitioner has not provided any evidence to support this claim. To demonstrate actual innocence, Petitioner needs to explain to the Court when he first learned of this newly-discovered evidence and how the evidence demonstrates his innocence. He cannot simply make a conclusory statement; he must provide the new, reliable evidence to the Court. See Lee v. Lampert, 653 F.3d 929, 938 (9th Cir. 2011) (quoting Schlup v. Delo, 513 U.S. 298, 324 (1995).

Petitioner is warned that if he fails to provide evidence of actual innocence, his claim is time-barred and will be subject to summary dismissal. See Hendricks v. Vasquez, 908 F.3d 490, 491 (9th Cir. 1990) (holding that

**CIVIL MINUTES – GENERAL**

"[s]ummary dismissal is appropriate only where the allegations in the petition are 'vague [or] conclusory' or 'palpably incredible'") (quoting <u>Blackledge v. Allison</u>, 431 U.S. 63, 75-76 (1977)) (second alteration in original).

Petitioner is therefore ORDERED TO SHOW CAUSE in writing within 28 days of the service of this Order why the instant petition should not be dismissed with prejudice because it is time-barred and conclusory.