# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ADRIAN DEMON JOHNWELL, <br><br> Petitioner, <br><br> v. <br><br> CHRISTIAN PFEIFFER, <br><br> Respondent. | Case No. ED CV 19-01591-JGB (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed objections. The Court engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner objected. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered summarily dismissing the Petition.

Date: April 1, 2020

JESUS G. BERNAL
United States District Judge