JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ADRIAN DEMON JOHNWELL, | Case No. ED CV 19-01591-JGB (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is summarily dismissed.

Date: April 1, 2020

JESUS G. BERNAL
United States District Judge